

Andrea M. Downing
Direct Dial 202.261.2823
adowning@employmentlawgroup.com

RECEIVED

2016 MAY 27  P 1: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

May 27, 2016

**VIA HAND DELIVERY**

United States District Court Eastern District of Virginia
Alexandria Division
Clerk of the Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

      RE: *Julie Sapp v. Board of Regents of the University System of Georgia*

Dear Clerk of the Court:

      Enclosed, please find one (1) original and five (5) copies of Plaintiff Julie Sapp's Complaint in the above-referenced matter. Also, please find one (1) original and five (5) copies of the Civil Cover Sheet, one (1) original and one (1) copy of the summons to Board of Regents of the University System of Georgia, and one (1) check in the amount of $400.00 for the Complaint filing fee.

      Please return four (4) stamped copies of Julie Sapp's complaint and Civil Cover Sheet and one (1) executed copy of the summons to Board of Regents of the University System of Georgia. Please contact me should you require any further information.

                            Very Truly Yours,
                            The Employment Law Group, PC

                            /s/ Andrea M. Downing

                            By:    Andrea M. Downing

The Employment Law Group | 888 17th Street, NW | Telephone: 202.331.2883
A Professional Corporation | Suite 900 | Facsimile: 202.261.2835
 | Washington, D.C. 20006-3307 | www.employmentlawgroup.com