```
Court Name: United States District Court
Division: 1
Receipt Number: 14683059353
Cashier ID: sbrown
Transaction Date: 05/27/2016
Payer Name: THE EMPLOYMENT LAW GRP
-----------------------------------------
CIVIL FILING FEE
 For: THE EMPLOYMENT LAW GRP
 Amount:      $400.00
-----------------------------------------
CHECK
 Remitter: THE EMPLOYMENT LAW GRP
 Check/Money Order Num: 36842
 Amt Tendered: $400.00
-----------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

FILING FEE
116CV589
```

Court Name: United States District Court
Division: 1
Receipt Number: 14683065323
Cashier ID: sbrown
Transaction Date: 05/27/2016
Payer Name: THE EMPLOYMENT LAW GRP

CIVIL FILING FEE
 For: THE EMPLOYMENT LAW GRP
 Amount:        $400.00

CHECK
 Remitter: THE EMPLOYMENT LAW GRP
 Check/Money Order Num: 6842
 Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

FILING FEE
16cv597