AO 440 (Rev. 06/12) Summons in a Civil Action

*RECEIVED*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 MAY 27 P 1: 53

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Julie Sapp<br>707 Belmont Bay Drive<br>Woodbridge, Virginia 22191<br><br>*Plaintiff(s)*<br>v.<br><br>Board of Regents of the University System of<br>Georgia<br>270 S. Washington Street, S.W.<br>Atlanta, Georgia 30334<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:16CV589 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Board of Regents of the University System of Georgia
270 S. Washington Street, S.W., Atlanta, Georgia 30334
Serve:
Hank M. Huckaby, Chancellor
Board of Regents of the Univeristy System of Georgia
270 Washington Street, S.W., Suite 7025
Atlanta, Georgia 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Scott Oswald
Andrea M. Downing
The Employment Law Group, P.C.
888 17th Street, N.W. 9th Floor
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  5/27/16

_____
*Signature of Clerk or Deputy Clerk*