AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Julie Sapp ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:16-CV-00589-CMH-IDD |
| Board of Regents of the University System of Georgia ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Julie Sapp

Date:   05/31/2016

*Attorney's signature*

Andrea M. Downing, #79584
*Printed name and bar number*

The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
*Address*

adowning@employmentlawgroup.com
*E-mail address*

(202) 261-2823
*Telephone number*

(202) 261-2835
*FAX number*