IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JULIE SAPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:16-cv-00589-CMH-IDD |
| | ) |
| BOARD OF REGENTS OF THE | ) |
| UNIVERSITY SYSTEM OF GEORGIA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice this matter as the complaint was never served on the Defendant. The parties shall bear their own respective costs and attorney's fees.

November 17, 2016.

*So Ordered*
*Claude M. Hilton*
*USDJ*
*Nov. 28, 2016*

/s/ R. Scott Oswald
R. Scott Oswald
VA Bar No. 41770
Andrea M. Downing
VA Bar No. 79584
The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
adowning@employmentlawgroup.com
*Attorneys for Plaintiff*

1